PAUL WHITED et al. v. STATE.

No. A-8253.　Dec. 17, 1931.
(6 Pac. [2d] 1117.)

Jack W. Page and T. J. Henshaw, for plaintiffs in error.

J. Berry King, Atty. Gen., for the State.

PER CURIAM. The plaintiffs in error, hereinafter referred to as the defendants, were convicted of transporting intoxicating liquor, and their punishment fixed at a fine of $250 each and by imprisonment in the county jail for 90 days, and appeal.

The record in this case was filed in this court on September 5, 1931; no brief has been filed in support of the defendants' assignment of errors.

A careful examination of the record discloses no fundamental error, and the evidence is sufficient to support the verdict of the jury.

The case is therefore affirmed.